1  Frank A. Silane (State Bar No.: 90940)
   fsilane@condonlaw.com
2  Scott D. Cunningham (State Bar No.: 200413)
   scunningham@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS, LTD.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LISA MORO                              ) Case No. C 06 2199 MMC
                                          )
12       Plaintiff,                       ) **REQUEST AND [PROPOSED]**
                                          ) **ORDER TO PERMIT COUNSEL**
13    vs.                                 ) **FOR CATHAY PACIFIC**
                                          ) **AIRWAYS, LTD. TO APPEAR**
14 CATHAY PACIFIC AIRWAYS, LTD.,          ) **TELEPHONICALLY AT CASE**
   DOES 1 THROUGH 50,                     ) **MANAGEMENT CONFERENCE**
15                                        )
        Defendants.                       )
16 _____)

17       Pursuant to Local Rule 16-10(a), defendant Cathay Pacific Airways, Ltd.

18 ("Cathay Pacific"), by its attorneys, Condon & Forsyth LLP, respectfully requests

19 that the Court permit counsel for Cathay Pacific, located in Los Angeles, to appear

20 telephonically at the case management conference currently scheduled to be

21 conducted on June 30, 2006, at 10:30 a.m.

22

23 Dated: June 23, 2006              CONDON & FORSYTH LLP

24

25                                   By: /s/ Frank A. Silane
                                         FRANK A. SILANE
26                                       SCOTT D. CUNNINGHAM
                                         Attorneys for Defendant
27                                       CATHAY PACIFIC AIRWAYS, LTD.

28

-2-

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that counsel ^all ~~for Cathay Pacific Airways, Ltd.~~ shall ~~be permitted to~~ appear telephonically at the case management conference scheduled for June 30, 2006 at 10:30 a.m.

Dated: June 23, 2006

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney
Untied States District Court Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

REQUEST AND [PROPOSED] ORDER TO PERMIT COUNSEL
FOR CATHAY PACIFIC TO APPEAR TELEPHONICALLY AT
CASE MANAGEMENT CONFERENCE
CASE NO.: C 06 2199 MMC