**FILED**

AUG 23 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA MORO,<br><br>    Plaintiff,<br><br>vs.<br><br>CATHAY PACIFIC AIRWAYS, LTD,<br>DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. C 06-02199 MCC MED<br><br>**ORDER EXCUSING CATHAY PACIFIC AIRWAYS, LTD. FROM HAVING A REPRESENTATIVE ATTEND THE MEDIATION IN PERSON** [PROPOSED] |

On August 22, 2006, defendant Cathay Pacific Airways, Ltd. ("Cathay Pacific"), by its attorneys, Condon & Forsyth LLP, submitted its request that a representative of Cathay Pacific and its insurers be excused from attending the mediation in person and that a representative be available by telephone during the mediation scheduled for September 28, 2006, pursuant to and in the manner required by ADR Local Rule 6-9 (d).

Having reviewed Cathay Pacific's submission, the Court, by the powers vested in it pursuant to ADR Local Rule 2-2, hereby grants Cathay Pacific's request to be excused from having a representative attend the mediation in person and orders that a representative of Cathay Pacific and its insurers with full

---

ORDER EXCUSING CATHAY PACIFIC AIRWAYS, LTD.
FROM HAVING A REPRESENTATIVE ATTEND THE
MEDIATION IN PERSON [PROPOSED]
CASE NO.: C 06-02199 MMC MED

1  settlement authority shall be available by telephone during the mediation.

**IT IS SO ORDERED.**

DATED: 8/23, 2006

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-
ORDER EXCUSING CATHAY PACIFIC AIRWAYS LTD.
FROM HAVING A REPRESENTATIVE ATTEND THE
MEDIATION IN PERSON [PROPOSED]
CASE NO.: C 06-02199 MMC MED